UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEROME JULIUS BROWN, SR., <br><br> Plaintiff, <br><br> v. <br><br> BRIAN E. FROSH, *et al.*, <br><br> Defendants. | Case No. C19-1503-RSM-MLP <br><br> REPORT AND RECOMMENDATION |

Plaintiff Jerome Brown, Sr., appearing *pro se*, filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) The IFP application is deficient in several respects, including a lack of clarity as to Plaintiff's resources and employment status. In addition, he included a different title on the financial affidavit and written consent for payment of costs portion of the form. (*Id.*) Most problematic is the fact that Plaintiff's proposed complaint is difficult to decipher, and appears to allege some kind of fraudulent conversation of property. (Dkt. # 1-1.) He also failed to sign the proposed complaint, and it does not appear to include any viable claims or basis for jurisdiction and venue in this Court. (*Id.*)

Pursuant to 28 U.S.C. § 1915(e)(2)(B), this Court may deny an application to proceed IFP and should dismiss a complaint if it is frivolous or fails to state a claim upon which relief may be granted. An action is frivolous if "it lacks an arguable basis either in law or in fact." *Neitzke v.*

REPORT AND RECOMMENDATION - 1

*Williams*, 490 U.S. 319, 325 (1989). Even construing all allegations in the light most favorable to the Plaintiff, and giving due deference to Plaintiff's *pro se* status, his proposed complaint fails to state a claim showing he is entitled to relief. (Dkt. # 1-1.)

The Court also notes that Plaintiff appears to have a history of filing repetitive and frivolous lawsuits. Several cases filed in this Court since February 2019 have been dismissed as frivolous. *See Brown v. USPS PMG*, C19-0295-RSM (dkt. # 9); *Brown v. United States Marshal Service, et al.*, C19-1246-RAJ (dkt. # 11); *Brown v. Brennan et al.,* C19-1331-JLR (dkt. # 10); *Brown v. Robinson, et al.,* C19-1330-JCC (dkt. # 8). Plaintiff has also been ordered to file an amended complaint in another matter, *Brown v. Robinson, et al.,* 19-1330-JCC (dkt. # 7), and there are pending Report and Recommendations recommending dismissal in *Brown v. Admin. Office of the U.S. Courts*, *et al*., C19-cv-1484-JCC (dkt. # 6), *Brown v. Auerbach, et al.,* C19-1311-RSL (dkt. # 4), and *Brown v. Smith, et al.,* 19-1416-RSM (dkt. # 5). Further, at least three other district courts have limited Plaintiff's ability to file new cases. *See Brown v. Walter, et al.*, C18-0320-RMP (E.D. Wash.) (dkt. # 2) (dismissing action filed without a filing fee or IFP application in light of litigious history; citing *Brown v. Lyons Mane Partnership*, No. 10-mc-7 (D. D.C. Mar. 1, 2010) (enjoining Plaintiff from proceeding IFP), *aff'd* No. 10-7027 (D.C. Cir. June 7, 2010); *In re: Jerome J. Brown*, Misc. No. 04-465 (D. Md. Dec. 7, 2004) (deeming Plaintiff a frequent litigator and imposing pre-filing restrictions); and *In re Brown*, No. 3:10-cv-00010 (E.D. Va. July 28, 2010) (limiting Plaintiff to one lawsuit at a time pending in that district)).

Because of the deficiencies in the IFP application and proposed complaint, the Court recommends that Plaintiff's request to proceed IFP should be DENIED and this case

REPORT AND RECOMMENDATION - 2

1  DISMISSED without prejudice. 28 U.S.C. § 1915(e)(2)(B); Fed. R. Civ. P. 12(h)(3). A proposed
2  order accompanies this Report and Recommendation.

3  Objections to this Report and Recommendation, if any, should be filed with the Clerk and
4  served upon all parties to this suit by no later than **October 18, 2019**. Objections, and any
5  response, shall not exceed twelve pages. Failure to file objections within the specified time may
6  affect your right to appeal. Objections should be noted for consideration on the District Judge's
7  motion calendar **fourteen (14)** days after they are served and filed. Responses to objections, if
8  any, shall be filed no later than **fourteen (14)** days after service and filing of objections. If no
9  timely objections are filed, the matter will be ready for consideration by the District Judge on the
10 day after the date objections were due.

11 The Clerk is directed to send copies of this Report and Recommendation to the parties
12 and to the Honorable Ricardo S. Martinez.

13 Dated this 27th day of September, 2019.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3