UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEROME JULIUS BROWN SR.,

          Plaintiff,

     v.

BRIAN E. FROSH, *et al.*,

          Defendants.

Case No. C19-1503-RSM

ORDER

The Court, having reviewed Plaintiff's application to proceed *in forma pauperis* ("IFP"), the Report and Recommendation of Michelle L. Peterson, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Plaintiff's IFP application (dkt. # 1) is DENIED;

    (3)    This case is DISMISSED without prejudice; and

\\

\\

ORDER - 1

(4) The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Michelle L. Peterson.

Dated this 22 day of October 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2